# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DAVID TOM, INDIVIDUALLY AND ON
BEHALF OF A CLASS OF ALL PERSONS AND
ENTITIES SIMILARLY SITUATED,

      Plaintiffs,

v.                                                            Case No. 6:26-CV-00584-JSS-NWH

ARIUM REAL ESTATE, LLC

      Defendant.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
Click or tap here to enter text.
Click or tap here to enter text.

☒     **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: April 02, 2026                              Respectfully submitted,

                                         */s/ Joshua Eggnatz*
                                         Joshua H. Eggnatz, Esq.

Florida Bar No.: 0067926
**EGGNATZ | PASCUCCI**
7450 Griffin Road, Suite 230
Davie, Florida 33314
Tel: (954) 889-3359
Fax: (954) 889-5913
JEggnatz@JusticeEarned.com

*Local Counsel for Plaintiff and the putative classes*

Andrew Roman Perrong, Esq. *(Pro Hac Vice pending)*
**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Tel: 215-225-5529 (CALL-LAW)
Fax: 888-329-0305
a@perronglaw.com

*Lead counsel for Plaintiff and the putative classes*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of April 2026, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Middle District of Florida and served a true and correct copy thereof on all counsel of record using the CM/ECF System.

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz