UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TOM, individually and on behalf of
a class of all persons and entities similarly
situated,

               Plaintiff,              Case No: 6:26-cv-00584-JSS-NWH

   v.

ARIUM REAL ESTATE, LLC.,

               Defendant.

_____/

## DEFENDANT'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   None.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest that the action's outcome might substantially affect.

   Mark Lindo.

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   None.

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   Not applicable.

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

1

None.

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

None.

## Citizenship Information

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

Not applicable.

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

Defendant is a Florida company with its principal place of business in Florida.

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Signed:

*/s/ Matthew A. Keilson*
Matthew A. Keilson
Fla. Bar. No. 1002294
WATSTEIN TEREPKA LLP
218 Northwest 24th Street, 3rd Floor
Miami, FL 33127
T: 678-372-0408
E: mkeilson@wtlaw.com

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ *Matthew A. Keilson*
Matthew A. Keilson